UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                            Case No. 13 B 22279

    Demetrius C Dameron
    Latoya D Dameron
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2013.

2) The plan was confirmed on 08/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/15/2016.

5) The case was Converted on 04/01/2016.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,786.88 |
| Less amount refunded to debtor | $232.16 |
| **NET RECEIPTS:** | **$15,554.72** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,465.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $597.73 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,062.73** |

Attorney fees paid and disclosed by debtor:   $400.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Collection Corp | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 759.00 | 758.55 | 758.55 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 303.24 | 303.24 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 3,496.38 | 2,656.96 | 2,656.96 | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 10,277.00 | 11,492.73 | 11,492.73 | 0.00 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 1,800.00 | 3,873.98 | 3,873.98 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,300.00 | 6,634.09 | 6,634.09 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 1,181.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| Exeter Finance Corporation | Secured | 15,206.13 | 15,206.13 | 15,206.13 | 9,474.80 | 1,563.72 |
| First Premier | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,562.00 | 1,542.32 | 1,542.32 | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 2,500.00 | 1,441.19 | 1,441.19 | 0.00 | 0.00 |
| Illinois Department of Employment S | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 9,617.00 | 9,667.62 | 9,667.62 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 0.00 | 42.58 | 42.58 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Secured | 503.00 | 545.58 | 503.00 | 424.70 | 28.77 |
| Lou Harris | Unsecured | 2,481.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 507.00 | 551.94 | 551.94 | 0.00 | 0.00 |
| Pentagroup Financial | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 475.00 | 489.01 | 489.01 | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 255.00 | 366.27 | 366.27 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 333.00 | 410.54 | 410.54 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 540.00 | 586.68 | 586.68 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Prairie Management | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 99.00 | 90.88 | 90.88 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 322.00 | 372.39 | 372.39 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Robert Morrs | Unsecured | 4,460.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 700.00 | 57.84 | 57.84 | 0.00 | 0.00 |
| TG Vanzandth Inc | Unsecured | 4,982.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 122,331.00 | 85,621.65 | 85,621.65 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 43,886.76 | 43,886.76 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,206.13 | $9,474.80 | $1,563.72 |
| All Other Secured | $503.00 | $424.70 | $28.77 |
| **TOTAL SECURED:** | **$15,709.13** | **$9,899.50** | **$1,592.49** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $1,441.19 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,441.19** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$169,406.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,062.73 |
| Disbursements to Creditors | $11,491.99 |
| **TOTAL DISBURSEMENTS:** | **$15,554.72** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/31/2016                           By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**